UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

ERIC BLANTON,

                  Plaintiff,

-against-

CAPITAL ONE BANK (USA) NATIONAL
ASSOCIATION, and TRANSUNION, LLC,

                  Defendants.

------------------------------------ x

ORDER

21 Civ. 1774 (GBD)

GEORGE B. DANIELS, District Judge:

    The Clerk of Court is directed to close the above-captioned case.

Dated: December 15, 2022
      New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE